IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GLENANNE J. JOHNSON PLAINTIFF

vs. Civil No. 3:26-cv-03024

FRANK BISIGNANO DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 30th day of September 2026, in accordance with the Memorandum Opinion entered in the above-styled case on today's date and **GRANTS** the Defendant's Unopposed Motion for Reversal and Remand. ECF No. 18. The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED**.

/s/ Spencer G. Singleton
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE